65 A.3d 294

**Todd ALLEN, Pro Se, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

No. 2 EM 2013.

Supreme Court of Pennsylvania.

April 17, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of April, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are **DENIED.**